For the defendants in error, *French & Richards.*

PER CURIAM.

The judgment under review herein will be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J. 14.

*For reversal*—None.

---

TOWNSHIP OF HANOVER, IN THE COUNTY OF MORRIS, DEFENDANT IN ERROR, v. CAMP MEETING ASSOCIATION OF THE NEWARK CONFERENCE, &c., PLAINTIFF IN ERROR.

Submitted July 6, 1908—Decided October 16, 1908.

On error to the Supreme Court, whose opinion is reported *ante p.* 65.

For the plaintiff in error, *Pierre F. Cook* and *Willard W. Cutler.*

For the defendant in error, *Vreeland, King, Wilson & Lindabury.*

PER CURIAM.

The judgment under review herein will be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, REED, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J. 14.

*For reversal*—None.

JAMES W. McCARTHY, PLAINTIFF IN ERROR, v. JOHN W. QUEEN, DEFENDANT IN ERROR.

EDWARD FRY, PLAINTIFF IN ERROR, v. ROBERT DAVIS, DEFENDANT IN ERROR.

Argued July 2, 1908—Decided March 1, 1909.

On error to the Supreme Court, whose opinion is reported *ante p.* 144.

For the plaintiffs in error, *Merritt Lane.*

For the defendants in error, *Warren Dixon, William D. Edwards* and *Charles L. Corbin.*

PER CURIAM.

The judgments under review in these two cases will be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, REED, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, J.J. 13.

*For reversal*—None.